UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80009-RLR

HOWARD COHAN,

    Plaintiff,

vs.

BIG LOTS STORES, LLC
a Foreign Limited Liability Company
d/b/a BIG LOTS

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BIG LOTS STORES, LLC, a Foreign Limited Liability Company, d/b/a BIG LOTS, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED February 12, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Ana M. Saruski** |
| Gregory S. Sconzo, Esq. | ANA MOREL SARUSKI |
| Florida Bar No.: 0105553 | Florida Bar No. 903167 |
| Sconzo Law Office, P.A. | MINTZER, SAROWITZ, ZERIS, LEDVA |
| 3825 PGA Boulevard, Suite 207 | & MEYERS, LLP |
| Palm Beach Gardens, FL 33410 | 1000 N.W. 57th Court |
| Telephone: (561) 729-0940 | Suite 300 |
| Facsimile: (561) 491-9459 | Miami, FL 33126 |
| Email: greg@sconzolawoffice.com | Phone: 305-774-9966 |
| Email: alexa@sconzolawoffice.com | Fax: 305-774-7743 |
| Attorney for Plaintiff | Email: asaruski@defensecounsel.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**